

| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | PUBLIC PARTICIPATION AT BOARD MEETINGS |
| Code | po0169.1 |
| Status | Active |
| Legal | R.C. 3313.20 |
| Adopted | February 11, 2013 |
| Last Revised | March 28, 2022 |

0169.1 - **PUBLIC PARTICIPATION AT BOARD MEETINGS**

The Board of Education recognizes the value to school governance of public comment on educational issues and the importance of allowing members of the public to express themselves on school matters of community interest. The Board offers public participation to members of the public in accordance with the procedures below. The Board applies these procedures to all speakers and does not discriminate based on the identity of the speaker, content of the speech, or viewpoint of the speaker.

The Board is also committed to conducting its meetings in a productive and efficient manner that assures that the regular agenda of the Board is completed in a reasonable period of time, honors the voluntary nature of the Board's time and using that time efficiently, and allows for a fair and adequate opportunity for input to be considered. Consequently, public participation at Board meetings will be governed by this bylaw.

In order to permit the fair and orderly expression of such comment, the Board shall provide a period for public participation at every regular and special meeting of the Board and publish rules to govern such participation in Board meetings.

The presiding officer of each Board meeting at which public participation is permitted shall administer the rules of the Board for its conduct.

The presiding officer shall be guided by the following rules:

    A. Public participation shall be permitted as indicated on the order of business.

    B. Anyone who is one (1) of the following may participate during the designated public participation portion(s) of a meeting:

        1. Resident.

        2. Business owner within the district's boundaries.

        3. Parent or legal guardian of a current enrolled student.

    C. Attendees must register with their name and address to participate in the public participation portions of the meeting prior to the beginning of each public comment section of the meeting in which they wish to speak.

    D. Individuals may not register others to speak during public participation, unless the individual who wishes to speak is not physically able to register their won name and address. Individuals may direst another person in attendance to register their name and address on their behaf so they hav the opportunity to speak during public participation.

    E. Participants must first be recognized by the presiding officer and may preface their comments, by an announcement of their name and their address.



EXHIBIT A

F. Each statement made by a participant shall be limited to three (3) minutes duration unless extended by the presiding officer.

G. No participant may speak more than once.

H. All statements shall be directed to the presiding officer; no person may address or question Board members individually.

I. Audio or video recordings are permitted. The person operating the recorder should contact the Superintendent prior to the Board meeting to review possible placement of the equipment, and must agree to abide by the following conditions:

   1. No obstructions are created between the Board and the audience.

   2. No interviews are conducted in the meeting room while the Board is in session.

   3. No commentary, adjustment of equipment, or positioning of operators is made that would distract either the Board or members of the audience while the Board is in session and not disrupt the meeting.

J. To protect employee's rights, the Board does not hear complaints about specific employees in public session.

   Participants must be residents, property owner or business owner of the District and be introduced as such, and have a legitimate interest in the action of the Board. The Board may also recognize representatives of firms eligible to bid on materials or services solicited by the Board. The Board may also recognize any employee or student of the District except when the issue addressed by the participant is subject to remediation under Board policies or negotiated agreements.

K. The presiding officer may:

   1. interrupt, warn, or terminate a participant's session when they make comments that are repetitive, obscene, and/or comments that constitute a true threat (i.e., statements meant to frighten or intimidate one (1) or more specified persons into believing that they will be seriously harmed by the speaker or someone acting at the speaker's behest).

   2. request any individual to stop speaking and/or leave the meeting when that person does not observe reasonable decorum or is disruptive to the conduct and/or orderly progress of the meeting;

   3. request the assistance of law enforcement officers in the removal of a disorderly person when that person's conduct interferes with the conduct and/or orderly progress of the meeting;

   4. call for a recess or an adjournment to another time when the lack of public decorum so interferes with the orderly conduct of the meeting as to warrant such action

   5. Waive these rules with the approval of the Board when necessary for the protection of privacy or the administration of the Board's business.

The portions of the meeting during which the participation of the public is invited shall be limited to thirty (30) minutes unless extended by a vote of the Board.

Revised 5/21/18
Revised 12/10/18
Revised 11/29/21

© **Neola 2021**